UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CRIMINAL MINUTES -- GENERAL

Case No.  CR 07-01172 (B) DDP                                        Dated: January 21, 2010

=================================================================
PRESENT:  HONORABLE DEAN D. PREGERSON, JUDGE

| John A. Chambers | Maria Bustillos | Kevin Lally |
|---|---|---|
| Courtroom Deputy | Court Reporter | Asst. U.S. Attorney |

Monica Desiderio
Spanish Interpreter

=================================================================
U.S.A. vs (Dfts listed below)                    Attorneys for Defendants

43)   APOLONIA RAMIREZ                43)   David M. Nisson
      present in custody                     present appointed

_____

PROCEEDINGS:   MOTION TO MODIFY CONDITIONS OF RELEASE (FILED ON 01-11-10)

Court hears oral argument and DENIES the motion.


                                                             00  :  20

                                     Initials of Deputy Clerk      JAC

CR-11 (09/98)                    **CRIMINAL MINUTES - GENERAL**                    Page 1 of 1